**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HOTEL, RESTAURANT AND BAR EMPLOYEES HEALTH AND WELFARE FUND, et al.,

Plaintiffs,

v.

WIZNER CO., et al.,

Defendants.

Civil 00-2545 (JRT/RLE)

**ORDER OF REFERENCE**

---

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B),

**IT IS HEREBY ORDERED** that plaintiffs' motion for default judgment [Docket No. 5], is referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiffs is directed to contact Vicki Miller, calendar clerk for Magistrate Judge Erickson, to schedule a hearing on the motion.

DATED: April 6, 2001
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

APR 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK