# *United States District Court*
## *District of Minnesota*

HOTEL, RESTAURANT AND BAR EMPLOYEES
HEALTH AND WELFARE FUND AND HOTEL,
RESTAURANT AND BAR EMPLOYEES PENSION FUND
Plaintiffs

v. Civil Action Civ 00-2545 (JRT/RLE)

WIZNER COMPANY, d/b/a
NORMAN'S BAR
Defendant

## CLERK'S ENTRY OF DEFAULT

It appearing that Wizner Company, d/b/a Norman's Bar, defendant is in default for failure to plead or otherwise defend in this action, as required by law;

Now, therefore, on application of plaintiff, **DEFAULT IS HEREBY ENTERED** against Wizner Company, d/b/a Norman's Bar.

Dated this 17th day of May 2001.

FRANCIS E. DOSAL

By Susan E. Anderson
Susan E. Anderson, Division Manager

DEFAULT.ENT

14