**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HOTEL, RESTAURANT and BAR EMPLOYEES HEALTH and WELFARE FUND and PENSION FUND,

Petitioner,

v.

WIZNER COMPANY, d/b/a Norman's Bar,

Respondent.

Civil 00-2545 (JRT/RLE)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS HEREBY ORDERED** that the Plaintiffs' motion for default judgment [Docket No. 5] is **GRANTED**, but the amount of the judgment to be determined following the conduct of an Evidentiary hearing, as well as the propriety of injunctive relief.

Dated: June 7, 2001
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED JUN 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________