UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Hotel, Restaurant and Bar Employees Health and Welfare Fund and Hotel, Restaurant and Bar Employees Pension Fund,

Plaintiffs,

vs. MINUTE ORDER

Wizner Company, d/b/a Norman's Bar,

Defendant. Civ. No. 00-2545 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 14th day of June, 2001.

* * *

By Order dated June 8, 2001, the Court directed the Defendant, through its President, Gary Wizner ("Wizner"), to appear at a Hearing scheduled for June 14, 2001, so as to Show Cause why the Defendant should not be held in Contempt of Court for an intentional violation of a directive of the Court, that was issued in an Order dated May 17, 2001. At the time of the scheduled Hearing, Wizner appeared personally, and by Robert E. Mathias, Esq., and the Plaintiffs appeared by Aaron R. Bransky, Esq.

Wizner filed with the Court his personal Affidavit in which he avers that he misunderstood the import of the Court's directive

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

that he produce specific information to the Plaintiffs, and that he has rectified that oversight by having now provided all of the requested documentation to the Plaintiff Funds. Wizner disavows any apparent affront to the Orders of the Court and, in open Court, he extended his apologies for his conduct which served as the predicate for the Court's Order to Show Cause. Accordingly, we make no Contempt Recommendation to the District Court, but we reiterate our cautionary advice to the Defendant, that should the same conduct be repeated, the Court will take such actions as justice requires to enforce the Court's directives, and the integrity of the judicial process.[1] There will not be a further "last chance."

NOW, THEREFORE, It is --

ORDERED:

That the Defendants have shown cause, through the Defendant's President, that a Contempt Recommendation should not be made to the District Court, and the matter of Contempt is now at a close.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

---

[1]The remaining portions of this Court's Order and Report and Recommendation of June 8, 2001, remain in full force and effect.