**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HOTEL, RESTAURANT AND BAR EMPLOYEES
HEALTH AND WELFARE FUND, HOTEL, RESTAURANT
AND BAR EMPLOYEES PENSION FUND
Plaintiff

Case No: Civ. 00-2545 (JRT/RLE)

v.

**JUDGMENT IN A CIVIL CASE**

WIZNER CO., d/b/a Norman's Bar,
a/k/a Wizner Co. Norman's Bar
Defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

Judgment, in favor of the plaintiff, Hotel, Restaurant and Bar Employees Health and Welfare Fund, Hotel, Restaurant and Bar Employees Pension Fund and against the defendant, Wizner Company, d/b/a Norman's Bar a/k/a Wizner Co. Norman's Bar as follows: $313.70 in pension contributions through May 30, 2001, plus liquidated damages of $56.50 on this sum and interest of $24.83; $1,097.95 in health and welfare contributions due through May 2001, plus $198.17 of liquidated damages on this sum and interest of $89.83; $4,225.52 in attorney fees and costs for a total amount of $6,006.52, plus interest.

FRANCIS E. DOSAL, CLERK

Dated: June 21, 2001

Susan E Anderson
Division Manager

N:\JUDGMENT.CIV

21